IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  EDGAR BURRIS SMITH and ELIZABETH ANNE SMITH       CASE NO: 4:21-bk-10600 J
      DEBTORS                                                   CHAPTER 13

**CHAPTER 13 ORDER DISMISSING CASE**
**FOR VIOLATING STRICT COMPLIANCE ORDER**

COMES NOW THE COURT and finds that an order was entered in the above styled case on November 08, 2023, Docket Entry 60, requiring the debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtors to comply with the court's order of November 08, 2023.

IT IS SO ORDERED.

Date:  January 10, 2024

/s/ Phyllis M. Jones
Phyllis M. Jones
United States Bankruptcy Judge

cc:  Joyce Bradley Babin, Trustee

Caddell Reynolds, P.A.
P O Box 184
Fort Smith, AR  72902

Edgar Burris Smith and Elizabeth Anne Smith
3 Ophelia Drive
Maumelle, AR  72113